United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 17, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 02-30291
_____

JAMES V. JIMINEZ,

Plaintiff-Appellee-Cross-Appellant,

v.

PAW PAW'S CAMPER CITY, INC.,

Defendant-Appellant-Cross-Appellee.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
00-CV-1756-N

_____

Before KING, Chief Judge, DAVIS, Circuit Judge, and ROSENTHAL[*],
District Judge.

PER CURIAM:[**]

After carefully reviewing the record and considering the
briefs of the parties and the argument of counsel, we are
satisfied that the district court committed no reversible error
in this fact intensive case.

AFFIRMED.

_____

[*] District Judge of the Southern District of Texas,
sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.